ACCEPTED
01-15-00456-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 12:04:10 PM
CHRISTOPHER PRINE
CLERK

## NO: 01-15-00456-CV

## IN THE
## FIRST DISTRICT COURT OF APPEALS OF TEXAS
## AT HOUSTON, TEXAS

### JAGBIR SINGH DHINDSA,
*Appellant*

*v.*

### MARTHA JONELL BONIN,
*Appellee*

### from the 328th Judicial District Court
### of Fort Bend County, Texas, The Honorable Ronald R. Pope Presiding
### Trial Court Case No. 13-DCV-203447

### APPELLANT'S MOTION TO DISMISS APPEAL

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW, Appellant Jagbir Singh Dhindsa and files his Motion to Dismiss this Appeal and in support hereof, would show this Honorable Court as follows:

I.

Appellant brings this motion pursuant to Texas Rules of Appellate Procedure 42.1 and in compliance with Rule 10.1.

G:\D\DHI02 - Dhindsa, Jagbir\01780 - Modification\Appeal\Motion to Dismiss.wpd

## II.

Appellant no longer desires to pursue this appeal and prosecute his claims regarding jurisdiction against Appellee, and respectfully requests this Court to dismiss this appeal.

## III.

Maurice Bresenhan Jr. hereby certifies that he or a member of his firm has conferred with Appellee's lead counsel on appeal, Catherine Hale Herrington, and Appellee is not opposed to the Court's granting of this motion.

PREMISES CONSIDERED, Appellant Jagbir Singh Dhindsa respectfully requests that the Court grant his motion to dismiss the above-entitled and numbered appeal, with costs to be taxed against the party by whom incurred.

Respectfully submitted,

**ZUKOWSKI, BRESENHAN, SINEX & PETRY, LLP**

__/s/ Maurice Bresenhan, Jr__
**Maurice Bresenhan, Jr.**
State Bar Number 02959000
1177 West Loop South, Suite 1100
Houston, Texas 77027
713/965-9969; 713/963-9169 Facsimile
mbresenhan@zbsplaw.com
Counsel for Appellant, Jagbir Singh Dhindsa

## CERTIFICATE OF CONFERENCE

I do hereby certify that on June 15, 2015, I have conferred with Appellee's counsel regarding Appellant's motion to dismiss and Appellee's counsel indicated to me that Appellee is unopposed to Appellant's request.

/s/ Cynthia Keen Perlman
Cynthia Keen Perlman

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), and (e), I certify that I have served this document on all other parties, as listed below, on June 17, 2015, as follows:

VIA FAX (713) 227-0039 and EMAIL
Catherine Herrington Hale
The Herrington Law Firm PC
405 Main Street, Suite 600
Houston, Texas 77002

/s/ Maurice Bresenhan, Jr
Maurice Bresenhan Jr.